IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LUIS JOSE FREITES GONZALEZ, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; DIRECTOR, West Tennessee Detention Facility; and FIELD OFFICE DIRECTOR for Enforcement and Removal Operations, U.S. Department of Homeland Security, | ) ) ) ) ) ) ) ) ) ) No. 2:26-cv-02252-SHL-atc |
| Respondents. | ) |

**ORDER REQUIRING RESPONSE AND STAYING TRANSFER**

On March 9, 2026, pro se Petitioner Luis Jose Freites Gonzalez filed the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 1.) He states that he is a citizen of Venezuela who entered the United States on June 23, 2023. (Id. at PageID 3.) On February 10, 2026, Freites Gonzalez was detained by ICE during a scheduled check-in appointment and has remained in detention "without ever receiving an individualized bond hearing." (Id.) The Petition seeks immediate release from Respondents' custody, or an individualized custody redetermination before an immigration judge. (Id. at PageID 5.) Freites Gonzalez states that he served the Petition on all Respondents on March 3. (Id. at PageID 7.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)   The Clerk is directed to email a copy of this Order to the United States Attorney for the Western District of Tennessee at the following email address: **stuart.canale@usdoj.gov**.

    (2)    Respondents shall respond to the Petition in writing within **five days** of this Order.

    (3)    Freites Gonzalez may file a reply after Respondents' responsive filing.

    (4)    Respondents shall not transfer Freites Gonzalez out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 11th day of March, 2026.

                                                       s/ Sheryl H. Lipman
                                                       SHERYL H. LIPMAN
                                                       CHIEF UNITED STATES DISTRICT JUDGE